# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

November 21, 2025

CL-2025-0159

S.H. v. Baldwin County Department of Human Resources, S.M., and C.M. (Appeal from Baldwin Juvenile Court:  JU-22-333.03).

CL-2025-0160

S.H. v. Baldwin County Department of Human Resources, S.M., and C.M. (Appeal from Baldwin Juvenile Court:  JU-22-334.03).

CL-2025-0196

S.H. v. Baldwin County Department of Human Resources, S.M., and C.M. (Appeal from Baldwin Juvenile Court:  JU-22-333.01).

CL-2025-0197

S.H. v. Baldwin County Department of Human Resources, S.M., and C.M. (Appeal from Baldwin Juvenile Court:  JU-22-334.01).

CL-2025-0198

C.H., Jr. v. Baldwin County Department of Human Resources, S.M., and C.M. (Appeal from Baldwin Juvenile Court:  JU-22-333.01).

CL-2025-0199

C.H., Jr. v. Baldwin County Department of Human Resources, S.M., and C.M. (Appeal from Baldwin Juvenile Court:  JU-22-333.03).

CL-2025-0200

C.H., Jr. v. Baldwin County Department of Human Resources, S.M., and C.M. (Appeal from Baldwin Juvenile Court:  JU-22-334.01).

CL-2025-0201

C.H., Jr. v. Baldwin County Department of Human Resources, S.M., and C.M. (Appeal from Baldwin Juvenile Court:  JU-22-334.03).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Bowden, JJ., concur.

Seth P. Rhodebeck, Clerk

2